Opinion filed June 17,
2010


 
 
 
 
 
 
 





                                                                      
In The

                                                                             


  Eleventh
Court of Appeals

                                                                  
__________

 

                                                        
No. 11-10-00139-CV 

                                                   
__________

 

                                           
NEAL HAWKS AND 

                      
HAWKS DOUBLE MOUNTAIN RANCH, LLC, Appellants

 

                                                            
V.

 

                          
KIRKPATRICK OIL & GAS, L.L.C. AND 

                        
KIRKPATRICK COMPANY, INC., Appellees



 

                                  
On Appeal from the 32nd District Court

                                                           
Fisher County, Texas

                                                      
Trial Court Cause No. 6131

 



 

                                           
M E M O R A N D U M   O P I N I O N

           
Neal Hawks and Hawks Double Mountain Ranch, LLC have filed in this court a
motion to dismiss their appeal.  The motion is granted, and the appeal is
dismissed.

 

                                                                                               
PER CURIAM

 

June 17, 2010

Panel consists of:  Wright,
C.J.,

McCall, J., and Strange, J.